# Barket Marion Epstein & Kearon, LLP

Attorneys at Law

666 Old Country Road, Suite 700
Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710
New York, New York 10019
[P] 212.972.1710
[Send mail to Garden City]

www.barketmarion.com

April 17, 2017

**via FACSIMILE: (212) 805-6382**
Honorable Victor Marrero
District Judge
United Stated District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/17
```

      Re: **United States v. Vijaygiri Goswami**
            **Docket No.: 14-CR-00716 (VM)**

Dear Judge Marrero:

      I represent Vijaygiri Goswami in connection with the above-referenced matter. I am writing to request an adjournment of the status conference currently scheduled for Friday, April 21, 2017. The reason for this request is I have a sentencing in the Northern District of New York, in Binghamton, NY, that same morning in the matter of *United States v. Douglas Marshall*, et al, (14-CR-232)(TJM), before the Honorable Thomas J. McAvoy. I am also requesting that this time be excluded under the speedy trial act. I have communicated this adjournment request and the request to have this time excluded pursuant to the speedy trial act with the government. However, the government has declined to consent or object to the adjournment request but does consent to the exclusion of time. As such, I respectfully request that this Court adjourn the April 21, 2017, status conference to a date and time convenient to the Court, and that the time be excluded pursuant to the speedy trial act.

      Thank you.

Respectfully submitted,

BARKET MARION EPSTEIN & KEARON, LLP

By: _____
Bruce A. Barket, Esq.

BAB/dkt
cc via. FACSIMILE: (212) 637-2443
AUSA Emil Joseph Bove, III

```
Request GRANTED. The next pretrial
conference herein is scheduled for 4-28-17
at 3:30 p.m.

SO ORDERED.

4-19-17
DATE        VICTOR MARRERO, U.S.D.J.
```