

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 18, 2017

Via ECF
The Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    **United States v. Baktash Akasha Abdalla, *et al.*,**
              **S5 14 Cr. 716 (VM)**

Dear Judge Marrero:

      In light of the recent change of counsel by defendant Vijaygiri Anandgiri Goswami, the Government respectfully requests, with the consent of current and prior counsel for the defendant, that tomorrow's conference be cancelled because there is no longer a need for a *Curcio* inquiry.

                                  Respectfully submitted,

                                  PREET BHARARA
                                United States Attorney

                By:   _____
                           Emil J. Bove III
                           Amanda L. Houle
                           Michael D. Lockard
                           Patrick Egan
                           Assistant United States Attorneys
                           (212) 637-2444

Cc:    Defense Counsel
       (Via ECF)